# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

MARK E. BETTEN,

Appellant,

v.

QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.,

Appellee.

No. 2D2025-0322

————————————————

February 25, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Mark E. Betten, pro se.

Ethen R. Shapiro of Hill Ward Henderson, Tampa, and D. Faye Caldwell of Caldwell Everson PLLC, Houston, Texas, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.